IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
Southern Division

JUST ENTERPRISES, INC.,         )
                   Plaintiff,   )
     vs.                      )      Case No. 06-5023CV-SW
                               )
(888) JUSTICE, INC., et al.,     )
              Defendants.  )

## NOTICE OF NORINSBERG'S DEPOSITION

Plaintiff hereby gives notice that its counsel will take the deposition of defendant

**Jon L. Norinsberg** on Tuesday, December 18, 2007, beginning at 9:00 a.m., at the

offices of Millington, Glass & Love, 1736 E. Sunshine, Suite 405, Springfield, Missouri

65804.  The deposition will be recorded for all purposes allowed under the Federal Rules

of Civil Procedure and the Federal Rules of Evidence.

MILLINGTON, GLASS & LOVE


By: /s/ Harold F. Glass
     Harold F. Glass, MBN 19424
     1736 East Sunshine, Suite 405
     Springfield, MO  65804
     Telephone:  (417) 883-6566
     Facsimile:  (417) 883-6689

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on October 30, 2007, electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System; and, in addition, by first class mail, postage prepaid, to those parties, if any, who have requested notice, but are not participating in the ECF system.

/s/  Harold F. Glass
Harold F. Glass