## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| JUST ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06–5023 CV-SW |
| | ) |
| (888) JUSTICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

Defendants hereby give notice that their counsel will take the deposition of Tina Dobrauc on December 19, 2007, at 1:30 p.m., or immediately following the deposition of Ali F. Tafty, at the offices of Millington, Glass & Love located at 1736 East Sunshine, Suite 405, Springfield, Missouri 65804. The deposition will be recorded for all purposes allowed under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

    Respectfully submitted,

    SPENCER FANE BRITT & BROWNE LLP

    By: /s/ Douglas M. Weems
    Gardiner B. Davis, #29127
    Douglas M. Weems, #41165
    1000 Walnut Street, Suite 1400
    Kansas City, MO 64106
    (816) 474-8100
    (816) 474-3216 (facsimile)
    gdavis@spencerfane.com
    dweems@spencerfane.com

    ATTORNEYS FOR DEFENDANTS

WA 930637.1

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Harold F. Glass, Esq.
Millington, Glass & Love
1736 East Sunshine, Suite 405
Springfield, MO 65804
Fax: (417) 883-6689
Email: tglass@springfieldlaw.net

Attorney for Plaintiff

                              /s/ Douglas M. Weems
                              Attorney for Defendants