IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JUST ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06–5023 CV-SW |
| | ) |
| (888) JUSTICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

Defendants hereby give notice that their counsel will take the deposition of Mark McKenna on December 4, 2007, at the offices of Spencer Fane Britt & Browne LLP, 1 North Brentwood Blvd., Suite 1000, Clayton, MO 63105, commencing at 2:00 p.m., and continuing from day to day thereafter until completed. The deposition shall be before a court reporter certified to take depositions in the State of Missouri, and shall be for all uses and purposes set forth in and/or contemplated by the Federal Rules of Civil Procedure.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: s/ Douglas M. Weems
Gardiner B. Davis   #29127
Douglas M. Weems, #41165
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (facsimile)
gdavis@spencerfane.com
dweems@spencerfane.com

ATTORNEYS FOR DEFENDANTS

WA 934578.1

## CERTIFICATE OF SERVICE

   I hereby certify that, on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Harold F. Glass, Esq.
Millington, Glass & Love
1736 East Sunshine, Suite 405
Springfield, MO 65804
Fax: (417) 883-6689
Email: tglass@springfieldlaw.net

Attorney for Plaintiff

               /s/ Douglas M. Weems
               Attorney for Defendants