# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JUST ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06–5023 CV-SW |
| | ) | |
| (888) JUSTICE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

Defendants hereby give notice that they will take the deposition of Eugene O. Russo on December 10, 2007, at the Law Offices of Jon Norinsberg, 225 Broadway, Suite 2700, New York, NY 10007, commencing at 10:30 a.m., and continuing from day to day thereafter until completed. The deposition shall be before a court reporter certified to take depositions in the State of New York, and shall be for all uses and purposes set forth in and/or contemplated by the Federal Rules of Civil Procedure.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By:＿＿＿s/ Douglas M. Weems＿＿＿＿＿＿
Gardiner B. Davis    #29127
Douglas M. Weems, #41165
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (facsimile)
gdavis@spencerfane.com
dweems@spencerfane.com

ATTORNEYS FOR DEFENDANTS

WA 935556.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Harold F. Glass, Esq.
Millington, Glass & Love
1736 East Sunshine, Suite 405
Springfield, MO 65804
Fax: (417) 883-6689
Email: tglass@springfieldlaw.net

Attorney for Plaintiff


s/ Douglas M. Weems
Attorney for Defendants

WA 935556.1