# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| JUST ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06–5023 CV-SW |
| | ) |
| (888) JUSTICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

Defendants hereby give notice that their counsel will take the deposition of Kevin Quinlan on December 13, 2007, at Esquire Deposition Services, 515 N. Flagler Driver, Suite P-200, West Palm Beach, Florida 33401, commencing at 10:00 a.m., and continuing from day to day thereafter until completed. The deposition shall be before a court reporter certified to take depositions in the State of Florida, and shall be for all uses and purposes set forth in and/or contemplated by the Federal Rules of Civil Procedure.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By:   s/ Douglas M. Weems
      Gardiner B. Davis    #29127
      Douglas M. Weems, #41165
      1000 Walnut Street, Suite 1400
      Kansas City, MO 64106
      (816) 474-8100
      (816) 474-3216 (facsimile)
      gdavis@spencerfane.com
      dweems@spencerfane.com

      ATTORNEYS FOR DEFENDANTS

WA 935089.1

## **CERTIFICATE OF SERVICE**

       I hereby certify that, on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Harold F. Glass, Esq.
Millington, Glass & Love
1736 East Sunshine, Suite 405
Springfield, MO 65804
Fax: (417) 883-6689
Email: tglass@springfieldlaw.net

Attorney for Plaintiff

                                                          s/ Douglas M. Weems
                                                          Attorney for Defendants