# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| JUST ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06–5023 CV-SW |
| | ) |
| (888) JUSTICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

Defendants hereby give notice that their counsel will take the deposition of Renee Parras, Jr. on December 13, 2007, at Esquire Deposition Services, 515 N. Flagler Driver, Suite P-200, West Palm Beach, Florida 33401, commencing at 2:00 p.m., and continuing from day to day thereafter until completed. The deposition shall be before a court reporter certified to take depositions in the State of Florida, and shall be for all uses and purposes set forth in and/or contemplated by the Federal Rules of Civil Procedure.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By:    s/ Douglas M. Weems
       Gardiner B. Davis    #29127
       Douglas M. Weems, #41165
       1000 Walnut Street, Suite 1400
       Kansas City, MO 64106
       (816) 474-8100
       (816) 474-3216 (facsimile)
       gdavis@spencerfane.com
       dweems@spencerfane.com

       ATTORNEYS FOR DEFENDANTS

WA 935135.1

## CERTIFICATE OF SERVICE

   I hereby certify that, on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Harold F. Glass, Esq.
Millington, Glass & Love
1736 East Sunshine, Suite 405
Springfield, MO 65804
Fax: (417) 883-6689
Email: tglass@springfieldlaw.net

Attorney for Plaintiff

                s/ Douglas M. Weems
                Attorney for Defendants