IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
Southern Division

| | | |
|---|---|---|
| JUST ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 06-5023CV-SW |
| | ) | |
| (888) JUSTICE, INC., et al., | ) | |
| Defendants. | ) | |

## NOTICE OF RIESENMY'S DEPOSITION

Plaintiff hereby gives notice that its counsel will take the deposition of **David Riesenmy** on Thursday, December 27, 2007, beginning at 1:00 a.m., at 1515 E. 32nd Street, Joplin, Missouri 64803. The deposition will be taken and recorded for all purposes allowed under the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

MILLINGTON, GLASS & LOVE

By: /s/ Harold F. Glass
Harold F. Glass, MBN 19424
1736 East Sunshine, Suite 405
Springfield, MO 65804
Telephone: (417) 883-6566
Facsimile: (417) 883-6689

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on December 7, 2007, electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) System; and, in addition, by first class mail, postage prepaid, to those parties, if any, who have requested notice, but are not participating in the ECF system.

/s/ Harold F. Glass
Harold F. Glass