# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JUST ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06–5023 CV-SW |
| | ) |
| (888) JUSTICE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

Defendants hereby give notice that they will take the deposition of Jonathan Walner at the law offices of Schwartz Cooper Chartered, 180 N. LaSalle Street, Suite 2700, Chicago, IL 60601, on December 21, 2007, commencing at 10:00 a.m., and continuing from day to day thereafter until completed. The deposition shall be before a court reporter certified to take depositions in the State of Illinois, and shall be for all uses and purposes set forth in and/or contemplated by the Federal Rules of Civil Procedure.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By:     s/ Douglas M. Weems
        Gardiner B. Davis    #29127
        Douglas M. Weems, #41165
        1000 Walnut Street, Suite 1400
        Kansas City, MO 64106
        (816) 474-8100
        (816) 474-3216 (facsimile)
        gdavis@spencerfane.com
        dweems@spencerfane.com

        ATTORNEYS FOR DEFENDANTS

WA 937790.1

**CERTIFICATE OF SERVICE**

       I hereby certify that, on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Harold F. Glass, Esq.
Millington, Glass & Love
1736 East Sunshine, Suite 405
Springfield, MO 65804
Fax: (417) 883-6689
Email: tglass@springfieldlaw.net

Attorney for Plaintiff

                                                    s/ Douglas M. Weems
                                                    Attorney for Defendants