MINUTE SHEET

Date: March 4, 2008

**JUST ENTERPRISES, INC.**

vs                                    Case No. 06-5023-CV-SW-JCE

**(888) JUSTICE, INC**

**Honorable James C. England, presiding at Springfield, Missouri**

**Nature of Hearing: Daubert Hearing**

**Time Commenced: 9:45 a.m.**          **Time Terminated: 11:14 a.m.**

APPEARANCES

**Plaintiff's counsel: Harold Glass**
**Defendant's counsel: Douglas Weems**
**Witnesses: Derek Martin**

9:45 a.m. Above-named counsel present in Courtroom. Plt witness Derek Martin sworn and testifies on direct and cross examination. Court will take matter under advisement and enter order.

**COURTROOM DEPUTY: Julie Hollis**
**LAW CLERK: Jeani Thomson**