IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| JUST ENTERPRISES, INC., | ) | |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | Date: June 15, 2009 |
| | ) | |
| vs. | ) | Case No. 06-5023-CV-SW-JCE |
| | ) | |
| (888) JUSTICE, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**MINUTE SHEET**

HON. JAMES C. ENGLAND, PRESIDING AT SPRINGFIELD, MISSOURI

NATURE OF HEARING: Jury Trial (Day 1)

TIME COMMENCED: 9:00 a.m.          TIME TERMINATED: 4:55 p.m.

APPEARANCES

For Plaintiff(s): Jeffrey Kass          For Defendant(s): Doug Weems/Jon Norinsberg

| Remarks: | Witness Testifying |
|---|---|
| Jury panel seated and sworn. 9:05 a.m. Voir dire begins. 9:51 a.m. Pltf's voir dire questions. 9:59 a.m. Dft's voir dire questions. 10:12 a.m. Voir dire completed. Parties make strikes. 11:00 a.m. Jury panel again seated. Jury selected and sworn. 11:03 a.m. Judge reads initial instructions. 11:22 a.m. Pltf makes opening statement. 11:46 a.m. Dft makes opening statement. 12:12 p.m. - 1:30 p.m. Lunch recess.<br><br>1:30 p.m. Court makes evidentiary rulings outside of the hearing of the jury. 1:43 p.m. Jury present. Pltf begins presentation of evidence. 1:44-4:25 p.m. Direct of Tina Dobrauc. 4:29-4:45 p.m. Cross of Dobrauc. 4:45 p.m. Jury released. 4:50 p.m. Parties present argument to court. Court rules on objections. Court recessed until 9:00 a.m. tomorrow. | Tina Dobrauc |

Court Reporter: Jeannine Rankin          Deputy Clerk: Glenda Elayer
                                          Law Clerk: Jeani Thomson
Time/Date Pltf Rested:                    Time/Date Dft Rested: