IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| JUST ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff(s), ) | Date: June 16, 2009 |
| ) | |
| vs. ) | Case No. 06-5023-CV-SW-JCE |
| ) | |
| (888) JUSTICE, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

**MINUTE SHEET**

HON. JAMES C. ENGLAND, PRESIDING AT SPRINGFIELD, MISSOURI

NATURE OF HEARING: Jury Trial (Day 2)

TIME COMMENCED: 9:00 a.m.        TIME TERMINATED: 5:00 p.m.

APPEARANCES

For Plaintiff(s): Jeffrey Kass        For Defendant(s): Doug Weems/Jon Norinsberg

| Remarks: | Witness Testifying |
|---|---|
| Parties and counsel present. Dft tenders proposed limiting instruction. 9:10 a.m. Jury present. 9:13 a.m.-12:10 p.m. Cross of Tina Dobrauc continued. 12:10 - 1:30 p.m. Lunch Recess.<br><br>1:35-2:33 p.m. Cross of Dobrauc continued; 2:33-2:50 p.m. Redirect of Dobrauc. 3:13-4:32 p.m. Direct of Jon Norinsberg; 4:35-5:00 p.m. Cross of Norinsberg. Jury released until 9:00 a.m. tomorrow. | Tina Dobrauc<br>Jon Norinsberg |

Court Reporter: Jeannine Rankin        Deputy Clerk: Glenda Elayer
                                       Law Clerk: Jeani Thomson
Time/Date Pltf Rested:                 Time/Date Dft Rested: