IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| JUST ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | Date: June 18, 2009 |
| | ) | |
| vs. | ) | Case No. 06-5023-CV-SW-JCE |
| | ) | |
| (888) JUSTICE, INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

**MINUTE SHEET**

HON. JAMES C. ENGLAND, PRESIDING AT SPRINGFIELD, MISSOURI

NATURE OF HEARING: Jury Trial (Day 4)

TIME COMMENCED: 9:00 a.m.     TIME TERMINATED: 4:00 p.m.

APPEARANCES

For Plaintiff(s): Jeffrey Kass     For Defendant(s): Doug Weems/Jon Norinsberg

| Remarks: | Witness Testifying |
|---|---|
| Parties and counsel present.  9:40 a.m. Record made on instructions. 9:47 a.m. Jury present. Judge reads instructions.  10:32 a.m. Pltf makes closing argument.  11:21 a.m. Dft makes closing argument. 12:04 p.m.  Pltf makes rebuttal argument.  12:10 p.m.  Jury retires to begin deliberation.  1:10 p.m.  Note from jury requesting exhibits. 2:15 p.m. note from jury requesting exhibits.  3:35 p.m.  Jury returns a verdict in favor of plaintiff and against defendants.  Jury excused. Parties to submit briefing on enhanced damages and attorney's fees. | |

Court Reporter: Jeannine Rankin     Deputy Clerk: Glenda Elayer
                                    Law Clerk: Jeani Thomson
Time/Date Pltf Rested:              Time/Date Dft Rested:
10:09 a.m.    6/17/09               4:31 p.m.    6/17/09