UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| JUST ENTERPRISES, INC. | ) |
| :--- | :--- |
| Plaintiff, | ) ) ) Case No. 3:06CV5023-CV-SW |
| vs. | ) ) |
| (888) JUSTICE, INC. | ) ) |
| Defendant. | ) |

Index

## PLAINTIFF'S FIRST AMENDED EXHIBIT ~~LIST~~

Pursuant to Local Rule 39.1, Plaintiff lists the following exhibits which may be offered at trial.

| Exhibit # | Document |
| :--- | :--- |
| 1 ✓ 6/15 4:29pm | Certificate of Trademark Registration for 1-800-JUSTICE. 2,742,137 |
| 2 ✓ 6/15 4:11pm | Timeline |
| 3 ✓ 6/15 2:10pm | File Wrapper: 1-800 JUSTICE; Registration Number 2742137 |
| 4 ✓ 6/15 2:17pm | File Wrapper: 1-800-JUSTICIA, Registration Number 3127391 |
| 5 ✓ 6/16 3:21pm | File Wrapper: (212) JUSTICE; Registration Number 2371213 |
| 6 ✓ 6/16 3:37pm | File Wrapper: (888) JUSTICE, Serial Number 76110653 |
| 7 ✓ 6/16 3:43pm | File Wrapper: 1-800-JUSTICE; Serial Number 76110652 |
| 8 ✓ 6/16 3:52pm | File Wrapper for Triple 8 Justice |
| 9 ✓ 6/16 3:55pm | File Wrapper: (718) JUSTICE, Registration Number 3066636 |
| 10 ✗ 6/15 3:44pm | Record of Confusion Summary |
| 11 ✓ 6/15 3:45pm | Record of Confusion Summary 2009 |

Exhibits returned to π's counsel on 6/18/09

Jeffrey Hass — M. Clint Edws

| Exhibit # | Document |
|---|---|
| 12 ✓ 6/15 3:45pm | Record of Confusion Summary 2008 |
| 13 ✓ 6/15 3:09pm | Record of Confusion Summary 2007 |
| 14 ✓ 6/15 3:45pm | Record of Confusion Summary 2006 |
| 15 ✓ 6/15 3:45pm | Record of Confusion Summary 2005 |
| 16 | CEPAC DVD of 1-800-JUSTICE Ads |
| 17 ✓ 6/15 1:51pm | Mermelstein Yes Fax (1992) |
| 18 | Russo Fax (August 6, 1992) |
| 19 ✓ 6/15 1:54pm | Johnson to Russo Letter (November 1992) |
| 20 | 1993 1-800-JUSTICE Phone Log |
| 21 | 1996 1-800-JUSTICE Phone Log |
| 22 | 1997 1-800-JUSTICE Phone Log |
| 23 | 1998 1-800-JUSTICE Phone Log |
| 24 | 1999 1-800-JUSTICE Phone Log |
| 25 | 2006 1-800-JUSTICE Phone Log |
| 26 ✓ 6/15 1:57pm | 2007 800-JUSTICE Commercials |
| 27 | Preszler Law Firm Ads of 1-800-JUSTICE |
| 28 | Preszler Law Firm Ad of 1-800-JUSTICE |
| 29 ✓ 6/15 2:42pm | Preszler Law Firm Ad of 1-800-JUSTICE |
| 30 ✓ 6/15 2:43pm | Preszler Law Firm Ad of 1-800-JUSTICE |
| 31 | 2002 Yellow Page ads Joplin |
| 32 | 2004 Yellow Page Ads Missouri, Kansas, Oklahoma |

::ODMA\PCDOCS\SL01\4678874\1

| Exhibit # | Document |
|---|---|
| 33 ✓ 6/15 1:59pm | Yes Fax 8/92 |
| 34 | Yes Fax 8/03 |
| 35 | 1-800-JUSTICE Ad |
| 36 ✓ 6/15 1:59pm | 1-800-JUSTICE Letterhead |
| 37 ✓ 6/15 1:59pm | 1-800-JUSTICE Letterhead – NY Market |
| 38 | Yes Fax 2006 |
| 39 | 1-800-JUSTICE Letterhead |
| 40 ✓ 6/15 2:19pm | Phonebook Advertising Summary 2002-06 & Advertisements |
| 41 ✓ 6/15 2:22pm | 1-800-JUSTICE Logo Design 2003 |
| 42 ✓ 6/15 2:23pm | 1-800-JUSTICE Forms |
| 43 ✓ 6/15 2:24pm | Just Enterprises Business Card |
| 44 ✓ 6/15 2:24pm | Just Enterprises Envelope |
| 45 ✓ 6/15 2:34pm | 1-800-JUSTICE Advertisement 2005 |
| 46 ✓ 6/15 2:36pm | 1-800-JUSTICE Advertisement 2006 |
| 47 ✓ 6/15 2:28pm | 1-800- JUSTICE Letterhead |
| 48 ✓ 6/15 2:28pm | Yes Fax for Meyerson Firm 2003 |
| 49 ✓ 6/15 2:26pm | Yes Fax for Scannel Firm 2003 |
| 50 ✓ 6/15 2:28pm | Yes Fax for Marquis Firm 2004 |
| 51 ✓ 6/15 2:28pm | Yes Fax for Richmond Firm 2004 |
| 52 ✓ 6/15 2:28pm | Yes Fax for Findley Firm 2005 |
| 53 ✓ 6/15 2:28pm | Yes Fax for Greenstein Firm 2005 |

| Exhibit # | Document |
|---|---|
| 54 ✓ 6/15 2:28pm | Yes Fax for Nunn Firm 2005 |
| 55 ✓ 6/15 2:28pm | Yes Fax for Ambrose Firm 2006 |
| 56 ✓ 6/15 2:30pm | Yes E-mail for Crouppen Firm 2006 |
| 57 ✓ 6/15 2:28pm | Yes Fax (via e-mail) for Brown & Crouppen Firm 2006 |
| 58 ✓ 6/15 2:28pm | Yes Fax for Stoff Firm 2006 |
| 59 ✓ 6/15 2:28pm | Yes Fax for Eddins Firm 2006 |
| 60 | Just Enterprises 3/07 letter re: Interest in mark |
| 61 ✓ 6/15 2:32pm | Yes Fax for Castillo 2007 |
| 62 ✓ 6/15 2:32pm | Yes Fax for Herrell 2007 |
| 63 ✓ 6/15 2:39pm | Wettermark billboard ads 2007 |
| 64 ✓ 6/15 2:39pm | Rue Magnets 2007 |
| 65 ✓ 6/15 2:40pm | Perenich ads 2007 |
| 66 ✓ 6/15 2:41pm | Preszler ads 2007 |
| 67 ✓ 6/15 2:43pm | 1-800-JUSTICE Licensee Summary & License Agreements |
| 68 Ex. 6/15 2:56pm | July 15, 2005 E-mail from T. Kinnear to T. Dobrauc |
| 69 | July 20, 2005 E-mail from T. Kinnear to T. Dobrauc |
| 70 | Corporate Image Marketing Non-Disclosure, Non-Compete Agreement |
| 71 | Just Enterprises letter to Wettermark - January 12, 2007 |
| 72 | Wettermark to Just Enterprises letter – March 8, 2007 |
| 73 | Ohio call samples CD |
| 74 | Ohio call sample summary |

| Exhibit # | Document |
|---|---|
| 75 | Group Exhibit – Audio Clips of Misdirected Phone Calls - No. 1 |
| 76 ✗ 6/15 3:05pm | Group Exhibit – Audio Clips of Misdirected Phone Calls - No. 2 |
| 77 | Defendants' Request for Admission from Plaintiff Just Enterprises, Inc. |
| 78 | Defendants' First Set of Interrogatories and First Set of Document Requests |
| 79 | August 1992 & October 1992 inquiry from Eugene Russo for 1-800-JUSTICE |
| 80 | September 1992 inquiry from Allen Rothenberg & 1-800-JUSTICE® YES! FAX reply |
| 81 | November 1992 Wall Street Journal Advertisement |
| 82 ✓ 6/15 2:04pm | February 15, 1993 inquiry from Giggle, Grump & Weiner (a division of Patients Plus, Inc.) for 1-800-JUSTICE® |
| 83 ✓ 6/15 2:08pm | March 30, 1993 1-800-JUSTICE® Marketing Plan by Marketingworks and Marketing reports and invoices |
| 84 ✓ 6/15 3:36pm | April 15, 1993 USA TODAY article referencing 1-800-JUSTICE® |
| 85 ✓ 6/15 2:47pm | JEI & CEPAC COMMUNICATIONS Agreement dated December 2003 |
| 86 | 1800JUSTICE.com Website displaying 1-800-JUSTICE® & 1-800-JUSTICIA® posted December 2005 |
| 87 | 3rd party inquiry for 1-800-JUSTICE® received by JEI or affiliates |
| 88 | JEI's Annual Breakout: Marketing Expense of 1-800-JUSTICE® |
| 89 | March 15, 2006 Letter to JEI re: "DMA" mark |
| 90 | March 6, 2006 JEI's letter responding to "DMA" mark correspondence |
| 91 | 1-800-JUSTICE® Marketing Plan 2004 |
| 92 | Orlando, Florida Licensee Rue & Ziffra's Use of 1-800-JUSTICE®; website, yellow page advertisements, May & June 2004 Media Buys |
| 93 | 1-800-JUSTICE® Use by JEI and Licensee's |
| 94 | JEI: Reports of Completed Calls; 2007, 2006, 2005, 2004 |
| 95 | JEI: Record of Confusion Reports; 2007, 2006, 2005 |

| Exhibit # | Document |
|---|---|
| 96 | JEI Exclusive Referral Agreements for 1-800-JUSTICE® (CONFIDENTIAL) |
| 97 | 1-800-JUSTICE® Recognition/Publicity |
| 98 | September 25, 2006 Update re: 1-800-JUSTICE® to licensees |
| 99 | Norinsberg Activities at USPTO; Bryan Sugar solicitation |
| ✓ 100 6/15 2:51pm | November 7, 2006 Martin letter to Jacobs |
| 101 | November 17, 2006 Cobb letter to Jacobs |
| ✓ 102 6/15 2:52pm | November 20, 2006 Jacobs letter to Cobb |
| ✓ 103 6/15 2:53pm | Martin letter to Thomas – 11/06 |
| 104 | Thomas letter to Martin – 11/06 |
| ✓ 105 6/15 2:53pm | Martin letter to Buckfire – 11/06 |
| 106 | Martin letter to Brown & Crouppen |
| 107 | Weller to Kelly letter – 7/05 |
| ✓ 108 6/15 2:54pm | Petition to Cancel 800 4 JUSTICE |
| ✓ 109 6/15 2:50pm | Cancellation |
| 110 | Martin letter to Phillips – 5/07 |
| 111 | DVD of 888 Justice booth |
| 112 | Martin to O'Malley letter 3/07 |
| 113 | Martin to Nurinsberg letter 3/07 |
| 114 | Martin to Bilbrey letter 12/06 |
| ✓ 115 6/15 2:50pm | Mintz letter to Kelly 6/05 |
| 116 | Walner Settlement Agreement |

| Exhibit # | Document |
|---|---|
| 117 ✓ 6/16 3:57pm | SECRET JUSTICE File Wrapper |
| 118 ✓ 6/16 3:58pm | SIMPLE JUSTICE File Wrapper |
| 119 ✓ 6/16 3:59pm | POWER OF JUSTICE File Wrapper |
| 120 ✓ 6/16 3:59pm | YOU HAVE A RIGHT TO JUSTICE File Wrapper |
| 121 ✓ 6/16 3:59pm | JUSTICE FOR ALL File Wrapper |
| 122 ✓ 6/16 4:00pm | JUSTICE FOR THE INJURED File Wrapper |
| 123 | VIRTUAL JUSTICE File Wrapper |
| 124 ✓ 6/16 4:00pm | 1-800 INJURED File Wrapper |
| 125 | AMERICAN JUSTICE File Wrapper |
| 126 | Berger Report |
| 127 | Interview Instructions |
| 128 | Screener Questionnaire |
| 129 ✓ 6/17 1:46pm | Telephone Survey Questionnaire |
| 130 ✓ 6/17 1:47pm | Tabulations Report |
| 131 ✓ 6/17 1:48pm | Graphs |
| 132 | Suburban Marketing Research Letter |
| 133 EX 6/17 2:05pm | Berger Chart of Responses |
| 134 ✓ 6/15 3:39pm | Answers to First Interrogatories to Defendants |
| 135 ✓ 6/16 3:41pm | Answer to Second Amended Complaint |
| 136 ✓ 6/16 4:07pm | Responses to Plaintiff's Second Request for Admissions |
| 137 | Norinsberg (800) JUSTICE trademark application |

| Exhibit # | Document |
|---|---|
| 138 | Norinsberg (212) JUSTICE application 1999 |
| 139 | Norinsberg 8 & 15 (212) JUSTICE renewal 2006 |
| 140 | (718) JUSTICE application |
| 141 ✓ 6/15 4:07pm | Norinsberg to Just Enterprises letter with Ad 10/30/01 |
| 142 | 12/7/09 E-mail String From Wettermark to Norinsberg |
| 143 ✓ 6/16 4:10pm | Norinsberg Michigan license |
| 144 ✓ 6/16 4:14pm | Norinsberg license 1/13/08 |
| 145 | 888 JUSTICE website printout 3/09 |
| 146 | 888 JUSTICE Advertising Services Agreement |
| 147 ✓ 6/16 4:08pm | 888 JUSTICE Participant Fee Scheduled |
| 148 | (212) JUSTICE Ad in Brooklyn papers |
| 149 | (212) JUSTICE Ad |
| 150 | US 888 JUSTICE DVD Commercials |
| 151 ✓ 6/16 4:26pm | Norinsberg to Russo e-mail 5/06 |
| 152 | US (212) JUSTICE DVD Commercials |
| 153 | Norinsberg Licensee correspondence and Invoices (NOR 150-284) (Group Exhibit) |
| 154 | Printouts from 1-888-JUSTICE website |
| 155 | Norinsberg's License List |
| 156 | J. Norinsberg Testimonial |
| 157 | Legal bills through August 27, 2008 |
| 158 | Additional Legal Expenses |

| Exhibit # | Document |
|---|---|
| 159 ✓ 6/15 2:06pm | Notice of Opposition to Patients Dos 1-800-JUSTICE application |
| 160 | (888) Justice Website |
| 161 | Vanity Law Website |
| 162 | US Justice Website |
| 163 | Corporate Image Marketing Website |
| 164 ✓ 6/15 2:33pm | 1-800-Justice Website |
| 165 ✓ 6/17 2:26pm | Berger Article January 2007 |
| 166 | Norinsberg New York Lawsuit |

Plaintiff reserves the right to present additional attorneys' fees evidence to the court if the jury returns a verdict in favor of Plaintiff.

Respectfully submitted,

GALLOP, JOHNSON & NEUMAN, L.C.

By: /s/ Jeffrey H. Kass
Jeffrey H. Kass
101 South Hanley, Suite 1700
Clayton, Missouri 63105
(314) 615-6000
(314) 615-6001 (fax)
JHKass@gjn.com

Attorneys for Plaintiffs Just Enterprises, Inc.

::ODMA\PCDOCS\SL01\4678874\1

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
_____ DIVISION

|  | )
| Plaintiff(s), | ) CIVIL / CRIMINAL
| v. | ) ACTION NUMBER _____
|  | )
| Defendant(s). | )

**EXHIBITS CONTINUED**

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 169 | X | 6/17/09 | 9:58am | print-out of website |
| 168 | X | " | 10:00am | print-out of website |
| 167 | EX | " |  | Video |

PAGE NUMBER _____