IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| JUST ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-5023-CV-SW-JCE |
| | ) | |
| (888) JUSTICE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTES FROM JURY

- Applications sent to Trade Office
  all #'s.
  Exhibits 3 through 9

- Registration for Websites
  Exhibits 168 & 169

need 1 red pen


Sent to Jury 1:10 pm.
6/18/09

James Segal


Jamie Osterdyke

We would like
to see the defendants
and plaintiffs' licensee
agreement +
website documents.

Exhibits ~~226~~ 164, 59
144, 143, 67

Sent to Jury 6/18/09
2:15 pm.

Jamie Osterdyf